# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1771
_____

Edilmar Mateo Alonzo-Castro

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 17, 2013
Filed: December 30, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Edilmar Alonzo-Castro petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision

denying him withholding of removal.[1] After careful review, we conclude that the denial of withholding of removal was supported by substantial evidence on the record as a whole. See Malonga v. Holder, 621 F.3d 757, 764 (8th Cir. 2010) (substantial-evidence standard for reviewing denial of withholding of removal). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____

---

[1]Alonzo-Castro was also denied asylum and relief under the Convention Against Torture, but he does not raise these claims in his brief. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (petitioner waives claim that is not meaningfully raised in opening brief).